# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTHY HARRIS,<br><br>        Plaintiff(s),<br><br>-against-<br><br>SECURITY CREDIT SYSTEMS, and JOHN DOES 1-25<br>        Defendant(s). | Civil Case No.: 1:17-cv-00871 LJV<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: March 6, 2018

                                      *s/ Joseph K. Jones*
                                      Joseph K. Jones, Esq.
                                      JONES, WOLF & KAPASI, LLC
                                      One Grand Central Place
                                      60 East 42nd Street, 46th Floor
                                      New York, New York 10017
                                      (646) 459-7971 telephone
                                      (646) 449-7973 facsimile
                                      jkj@legaljones.com